UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCOIS P. GIVENS, | ) | CV F- 04-6288 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION TO |
| | ) | FILE A SECOND AMENDED |
| v. | ) | COMPLAINT |
| | ) | [DOC # 35] |
| DERRAL G. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Plaintiff is a state prisoner proceeding pro per with a civil rights action pursuant to 42 U.S.C. section 1983. On January 24, 2005, the Court dismissed plaintiff's first amended complaint with leave to file a second amended complaint. On February 11, 2005, plaintiff filed a notice of appeal. On April 19, 2005, plaintiff advised the Court that his appeal had been dismissed by the Ninth Circuit Court of Appeal because the order dismissing the amended complaint with leave to amend was not an appealable order. Plaintiff now seeks leave to file a second amended complaint beyond the deadline ordered on January 24, 2005.

  Good cause appearing, plaintiff's request is GRANTED. Plaintiff shall file a second amended complaint within 30 days of this Order. Failure to file a second amended complaint will result in a recommendation that this action be dismissed for failure to comply with a court order and

1  failure to state a claim upon which relief can be granted.

2      IT IS SO ORDERED.

3  **Dated:   April 22, 2005**          **/s/ Dennis L. Beck**
   3b142a                    UNITED STATES MAGISTRATE JUDGE