UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCOIS P. GIVENS, | ) | CV F- 04-6288 AWI DLB P |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S REQUEST FOR RECORD AS MOOT |
| v. | ) ) | [DOC # 22] |
| DERRAL G. ADAMS, et al., | ) ) | |
| Defendants. | ) ) | |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2005, plaintiff filed a request that this court forward the record in this case to the Ninth Circuit Court of Appeal in connection with his appeal of this Court's order dismissing his complaint with leave to amend. On February 23, 2005, the Clerk of the Court certified and transmitted the record on appeal to the Ninth Circuit Court of Appeal. On May 9, 2005, the Court of Appeal dismissed plaintiff's appeal for lack of jurisdiction. Plaintiff has filed a second amended complaint which the Court is in the process of screening.

///
///
///

1    Based on the foregoing, plaintiff's request is moot is therefore DENIED.

2

3    IT IS SO ORDERED.

4    **Dated:    August 12, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE