# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | CV F- 04-6288 AWI DLB P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW REQUEST FOR PRELIMINARY INJUNCTION |
| v. | |
| DERRAL G. ADAMS, et al., | [DOCS 17, 42] |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2004, plaintiff filed the complaint in this case along with a motion for preliminary injunctive relief. The Court subsequently recommended that the motion for preliminary injunction be denied as premature advising plaintiff that he was not entitled to preliminary injunctive relief until such time as the court finds that his complaint contains cognizable claims for relief against the named defendants. The named defendants have been served with the summons and complaint.

     Prior to receiving the recommendation, plaintiff filed two more requests for injunctive relief. On June 24, 2005, plaintiff filed a response to the recommendation in which he advised the Court that upon receiving the recommendation and now understanding that he was not entitled to

1 injunctive relief prior to defendants being served with the summons and complaint, he wished to
2 withdraw his requests for injunctive relief without prejudice to addressing the issues raised therein at
3 a later date.
4     Plaintiff's request is HEREBY GRANTED.  Plaintiff's requests for preliminary relief filed
5 on January 10, 2005 and June 17, 2005 are HEREBY deemed withdrawn without prejudice to
6 plaintiff refiling the requests at a later date.  Plaintiff's request for a copy of the motion for
7 preliminary injunction filed June 17, 2005 is also GRANTED.  The Clerk of the Court is directed to
8 send plaintiff a copy of Document Number 42 with this order.
9     IT IS SO ORDERED.
10     **Dated:   August 15, 2005**                                    **/s/ Dennis L. Beck**
3b142a                                                                                            UNITED STATES MAGISTRATE JUDGE