UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | 1:04-cv-06288-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 41)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 8) |

    Plaintiff, Francois P. Given ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 17, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  On June 24, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1     In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.  In his
6  objections, plaintiff states that he waives any objection and
7  withdraws his motion.  Plaintiff states that he will re-file his
8  motion at a later date.
9     Accordingly, IT IS HEREBY ORDERED that:
10    1.  The Findings and Recommendation, filed June 17, 2005,
11 are ADOPTED; and,
12    2.  Plaintiff's motion for preliminary injunctive relief,
13 filed November 12, 2004, is DENIED, without prejudice, as
14 PREMATURE.
15 IT IS SO ORDERED.
16 **Dated:   August 22, 2005**              **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE