UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCOIS P. GIVENS, | ) | CV F- 04-6288 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST TO FILE AMENDED |
| v. | ) | COMPLAINT |
| | ) | [Docs. 74, 78] |
| DERRAL G. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
|_____ | ) | |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2006, the Ninth Circuit Court of Appeal dismissed plaintiff's appeal for lack of jurisdiction. Now pending before the court is plaintiff's motion to amend the complaint filed October 27, 2006.

   Because the defendants have not yet been served with this action, plaintiff's motion to amend the complaint is HEREBY GRANTED. While plaintiff attempts to amend the complaint by including amended claims in his motion, in order to include these new claims and parties, plaintiff must file a third amended complaint because Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. Accordingly, plaintiff is granted 30 days in which to file a third amended complaint as described in his motion of October 27, 2006.

1       IT IS SO ORDERED.

2       **Dated:     March 6, 2007**              **/s/ Dennis L. Beck**
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE