IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:04-CV-6288 AWI DLB PC<br>Appeal # 07-16298<br><br>ORDER DISREGARDING MOTION<br>FOR APPOINTMENT OF COUNSEL<br>ON APPEAL<br>(Doc. 98)<br><br>ORDER FOR CLERK TO SERVE A<br>COPY OF THIS ORDER ON THE<br>COURT OF APPEALS |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983.  On June 29, 2007, plaintiff filed a motion for appointment of counsel on appeal.  Due to the fact that plaintiff filed a notice of appeal to the Court of Appeals for the Ninth Circuit on June 29, 2007, the motion for counsel is more properly brought before the Court of Appeals.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's motion for appointment of counsel on appeal is disregarded by the district court; and

　　　　2.　　The Clerk of Court is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.


IT IS SO ORDERED.

　　Dated:　　**August 27, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE