UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | 1:04-cv-06288-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 99) |
| vs. | **ORDER DISMISSING ACTION** |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff, Francois P. Givens ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 14, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate

1

Judge's Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 14, 2007, are ADOPTED IN FULL; and,
2. This action is DISMISSED for plaintiff's failure to obey the court's order of June 4, 2007, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   December 20, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

---

[1] It appears Plaintiff has appealed an earlier order of the court dismissing the complaint with leave to amend. The filing of a notice of appeal generally divests a district court of jurisdiction to determine the "substantial rights" at issue in that action during the pendency of the appeal. <u>Pyrodyne Corp. v. Pyrotronics Corp.</u>, 847 F. 2d 1398, 1403 (9th Cir. 1988). An exception to this rule exists where a deficiency in the notice of appeal "is clear to the district court." <u>Ruby v. Secretary of the United States Navy</u>, 365 F. 2d 385, 389 (9th Cir. 1966). In such a case the district court may proceed with the case "knowing that it has not been deprived of jurisdiction." <u>Id</u>. Because no appeal lies from an order dismissing a complaint with leave to amend, this court has not been deprived of jurisdiction.

To the extent Plaintiff previously appealed the court's denial of an injunction, it appears this appeal has been dismissed.